# Third District Court of Appeal
## State of Florida

Opinion filed September 29, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1364
Lower Tribunal Nos. F19-14566B, F20-3843

_____

**Dewey Johnson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ellen Sue Venzer, Judge.

Dewey Johnson, in proper person.

Ashley Moody, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.

Before HENDON, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed. See Fernandez v. State, 627 So. 2d 1 (Fla. 3d DCA 1993).